IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES D. GREEN,

          Plaintiff,

   v.

DE BACA CORP./CLIFF'S VARIETY,

          Defendant.

_____/

No. C 11-04798 JSW

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*; INSTRUCTIONS TO THE CLERK**

     This matter comes before the Court upon consideration of Plaintiff's application to proceed *in forma pauperis*.  Having considered the application, the Court finds good cause to grant the request.  Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit and this Order upon the Defendant.

     The Court FURTHER ORDERS that the case management conference currently scheduled for January 5, 2012 is HEREBY CONTINUED to March 16, 2012 at 1:30 p.m.

     **IT IS SO ORDERED.**

Dated:  January 4, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES D GREEN,

            Plaintiff,

  v.

DE BACA CORP et al,

            Defendant.          /

Case Number: CV11-04798 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James D. Green
1139 Market Street, #247
San Francisco, CA 94108

Dated: January 4, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California