UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBACA CORP./CLIFF'S VARIETY,<br><br>    Defendant. | Case No.: 11-cv-04798-YGR<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Case Management Conference in this action was scheduled for March 19, 2012. (Dkt. No. 18 (Clerk's Notice Setting Case Management Conference, dated February 14, 2012).) Plaintiff James D. Green failed to appear at this conference. Defendant's counsel stated in its Case Management Conference Statement and Rule 26(f) Discovery Plan that they have repeatedly tried to contact Plaintiff regarding this action, but that they have not received any response from Plaintiff. (Dkt. Nos. 19 & 21.)

For these reasons, Plaintiff James D. Green is HEREBY ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute. A compliance hearing regarding why the Court should not dismiss this action shall be held on <u>Friday, July 13, 2012</u> on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

<u>Plaintiff must file a written response to this Order to Show Cause, if he contests it, and must personally appear on July 13, 2012.</u> Telephonic appearance will be permitted for Defendant, but Defendant's appearance is waived. Plaintiff's failure to file a written response or to appear personally

will be deemed an admission that no good cause exists to continue prosecuting this action and the case will thereafter be dismissed.

**IT IS SO ORDERED.**

Dated: March 19, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**