MATTHEW D. MARCA, Bar No. 180686
mmarca@littler.com
ALEXIS A. SOHRAKOFF, Bar No. 273410
asohrakoff@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
The DeBaca Corporation dba Cliff's Variety Store

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEBACA CORP./CLIFF'S VARIETY, and DOES 1-15,<br><br>        Defendants. | Case No.  CV 11-4798 YGR<br><br>**DEFENDANT'S MOTION FOR MATTHEW MARCA TO APPEAR BY TELEPHONE**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

Pursuant to a conversation on July 12, 2012, with Courtroom Deputy Frances Stone, Defendant

hereby moves and respectfully requests that lead counsel Matthew Marca be allowed to appear by

telephone for the following reasons:

1.  Defendant's attorney Alexis Sohrakoff will be appearing in-person on behalf of

     Defendant.  Ms. Sohrakoff will be able to handle all issues involved in the hearing;

2.  Matthew Marca is lead counsel in the matter;

3.  As of July 1, 2012, Mr. Marca is practicing out of both the San Francisco and Washington

     DC offices of Littler Mendelson, PC;

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S MOTION FOR MATTHEW
MARCA TO APPEAR BY TELEPHONE                                    NO. CV 11-4798 YGR

4. On August 6, 2012, Mr. Marca will be in the Washington, DC office and an appearance in-person by Mr. Marca would be an additional cost;

5. Mr. Marca would like to attend the case management conference by telephone in case there are additional unknown Court concerns and/or issues that come up of which Ms. Sohrakoff is unable to answer; and,

6. This is the second initial case management conference. The first one was continued as Plaintiff did not appear. Mr. Marca was in attendance at the first case management conference and did take notes as to the procedures of the Court, especially with respect to procedures and meet and confer requirements regarding any future Motion for Summary Judgment.

Based on the foregoing and given that one of Defendant's attorneys will be present in-person, Defendant respectfully requests that Matthew Marca be allowed to attend the hearing by telephone.

Dated: July 12, 2012

_/s/ Matthew D. Marca_
MATTHEW D. MARCA
ALEXIS A. SOHRAKOFF
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE DEBACA CORPORATION DBA
CLIFF'S VARIETY STORE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

DEFENDANT'S MOTION FOR MATTHEW
MARCA TO APPEAR BY TELEPHONE

2.

**PROOF OF SERVICE BY MAIL**

I am employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 650 California Street, 20th Floor, San Francisco, California  94108-2693.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On July 12, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT'S ANSWER TO EMPLOYMENT DISCRIMINATION COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

> **James D. Green**
> **1139 Market Street**
> **Apartment No. 247**
> **San Francisco, CA  94108**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 12, 2012, at San Francisco, California.

_____/s/ *Stephanie Ferrell*_____
Stephanie Ferrell

Firmwide:107087237.2 070172.1001

LITTLER MENDELSON, P.C
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

DEFENDANT'S MOTION FOR MATTHEW MARCA TO APPEAR BY TELEPHONE                3.