MATTHEW D. MARCA, Bar No. 180686
mmarca@littler.com
ALEXIS A. SOHRAKOFF, Bar No. 273410
asohrakoff@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
The DeBaca Corporation dba Cliff's Variety Store

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEBACA CORP./CLIFF'S VARIETY, and DOES 1-15,<br><br>　　　　　Defendants. | Case No.  CV 11-4798 YGR<br><br>[PROPOSED] ORDER<br><br>Judge:  Honorable Yvonne Gonzalez Rogers |

After review of Defendant's Motion for Matthew Marca to Appear by Telephone, GOOD CAUSE appearing, it is ordered that Matthew Marca may make a telephonic appearance for the Case Management Conference scheduled on August 6, 2012, at 2:00 p.m.

This Order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: July 16, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                                                                        NO. CV 11-4798 YGR